Date: 11/30/10    **DIVIDENDS REMITTED TO THE COURT**    #151425    Page:

Case Number 05-16204 - LAICH INDUSTRIES CORP.

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| Zep Manufacturing Company<br>c/o Engel, Hairston & Johanson, P.C.<br>Attn: Jonathan E. Raulston<br>PO Box 11405<br>Birmingham, AL 35202 | 000049 | 43.09 | 2.24 | ck142 |
| APPLIED INDUSTRIAL TECHNOLOGIES, INC.<br>One Applied Plaza<br>East 36th Street & Euclid Avenue<br>Cleveland, OH 44115-5056<br>(68-1) dc | 000068 | 82.31 | 4.28 | ck156 |

---------- Remittance Total ---------------    125.40    6.52

MARVIN A. SICHERMAN, Trustee

FILED 2010 DEC -1 PM 2:45
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 11/30/10 01:16 PM  Ver: 16.01a

05-16204-pmc    Doc 618    FILED 12/01/10    ENTERED 12/02/10 09:48:59    Page 1 of 1