# DIVIDENDS REMITTED TO THE COURT

*152012*
*CK #187*

### Check Number 187 Dated 03/07/11
### Case Number 05-16204 - LAICH INDUSTRIES CORP.

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| **USF DUGAN INC**<br>PO BOX 9448<br>WICHITA KS 67277-0448 | 000021 | 748.66 | 38.96 |
| **Siemens Energy & Automation, Inc.**<br>Attn: Brian Wheat<br>11700 Great Oaks Way, Suite 320<br>Alpharetta, GA 30022<br>(30-1) am | 000030 | 1,070.50 | 55.70 |
| **Newmarket Partners, LLC**<br>Attn: Christine Nelson<br>2530 Superior Avenue 7B<br>Cleveland, OH 44114<br>(33-1) am | 000033 | 21,795.52 | 1,134.13 |
| **Tesar Industrial Contractors, Inc.**<br>c/o Kahn Kleinman LPA<br>c/o Stuart Larsen, Esq.<br>1301 E. 9th Street, Suite 2600<br>Cleveland, Ohio 44114<br>(44-1) Services performed | 000044 | 12,768.00 | 664.39 |
| **Chemsearch**<br>2727 Chemsearch Blvd<br>Irving, TX 75062<br>(47-1) am | 000047 | 2,814.76 | 146.47 |
| **SMURFIT-STONE CONTAINER CORP**<br>CR DEPT<br>PO BOX 2276<br>ALTON IL 62002<br>(51-1) sr | 000051 | 27,266.52 | 1,418.82 |
| **Dean A Locko Jr.**<br>DBA Advanced Data Concepts<br>13525 Olde Orchard Road<br>Strongsville, OH 44136<br>(60-1) amaco | 000060 | 7,585.64 | 394.72 |
| **Shugart Thomson & Kilroy**<br>PO Box 803374<br>Kansas City, MO 64180<br>(66-1) pz | 000066 | 2,896.42 | 150.71 |
| **Bloom Industries**<br>4445 Kincaid E Rd<br>Warren, OH 44481<br>(119-1) Unpaid invoices work done w<br>Plastic Injection Molds | 000119 | 56,029.69 | 2,915.51 |

*2011 MAR -9 PM 12:41*
*CLERK U.S. BANKRUPTCY COURT*
*NORTHERN DISTRICT OF OHIO*
*CLEVELAND*
*FILED*

# DIVIDENDS REMITTED TO THE COURT

### Check Number 187 Dated 03/07/11
### Case Number 05-16204 - LAICH INDUSTRIES CORP.

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| **Summers Rubber Company**<br>**PO Box 72025**<br>**Cleveland, OH 44192** | 000133 | 366.69 | 19.08 |
| **Hays Mcconn Rice & Pickering**<br>**1200 Smith St**<br>**400 Two Allen Center**<br>**Houston, TX 77002** | 000145 | 8,397.52 | 436.97 |
| **All Pro Freight Systems, Inc.**<br>**1200 Industrial Parkway**<br>**Avon, Ohio 44011** | 000161 | 9,167.00 | 477.01 |
| ---------- Remittance Total ------------ | | 150,906.92 | 7,852.47 |

**MARVIN A. SICHERMAN**